THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO HAUSER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARGUERITE BENSON, Respondent, v. LAWYERS MORTGAGE CORPORATION, as Trustee under a Declaration of Trust of Lawyers Mortgage Company Issue No. 100,504, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALBERT B. COLBY, Respondent, v. GEORGE MACDONALD et al., Defendants, and TORREY MOSVOLD et al., Defendants-Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 773.]

In the Matter of 42nd ST. FOTO SHOP, INC., et al., Appellants, against NEW YORK STATE LABOR RELATIONS BOARD, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 849.]

PERCIVAL E. FALKINGHAM, Appellant, v. WILLIAM D. NEUBERG, Respondent. — Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEANETTE BENJAMIN, Respondent, v. BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ELIZABETH COYNE, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion granted. (See Matter of Krapp v. Kern, 255 App. Div. 305, affd. 281 N. Y. 617, and Matter of Krapp v. Kern, 260 App. Div. 778.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of CORTLANDT F. BISHOP, as Trustee of MATILDA W. WHITE, Deceased. AMY B. BISHOP et al., as Executors of CORTLANDT F. BISHOP, Deceased, Appellants; BEATRICE B. BERLE et al., Respondents.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ. [182 Misc. 223.] [See post, p. 894.]

(June 12, 1944.)

RACHEL P. RITCHIE, Appellant, v. ALBERT E. RITCHIE, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

(June 16, 1944.)

LOUISE METCALFE, Respondent, v. SUFFERN SAVINGS AND LOAN ASSOCIATION, Respondent, and ROBERT F. CUTLER, Impleaded Third Party Claimant, Appellant.— Judgment unanimously affirmed, with costs to the plaintiff-respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, Appellant, v. CENPARK PROPERTIES, INC., et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.